UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



WARREN V. TINCH,
   Petitioner,

vs.

Harry Russell,
   Respondent.

Case No. C-1-01-162
(Beckwith,J.;Sherman,M.J.)

*Granted to 9-23-03 for submittal 9-3-03*

REQUEST FOR TWENTY DAY EXTENSION OF
TIME TO FILE OBJECTION TO MAGISTRATE'S
REPORT AND RECOMMENDATION

    Due to hinderence's beyond the control of the Petitioner, a Twenty-Day Extension of Time to file objection's to the Magistrate's Report and Recommendations is begged by the Petitioner to this Court for the following reasons:

    1. Due to complications from Heart By-Pass Surgery, Petitioner was transported twice during the past week to the Ohio State Medical Center for test's.

    2. As evinced by the enclosed "Pack-Up" receipts, all the Petitioner's legal work-in-process was packed in six boxes in a helter-skelter, scrambled, jumbled fashion that will take days to re-construct. Petitioner was confined in the Infirmary while the pack-up occurred and was not present. As the Petitioner has a single, Merit Cell, there was no reason for a pack-up other than harassment. When



complaint was made, the reply was, "I should have informed someone." The pack-up was completed before the Petitioner was notified.

3. This request is without any intention of delaying the legal due-process, and with some confidence of unforeseen re-occurring hinderence's, Petitioner will meet this deadline.

This Court's consideration in granting this request will be greatly appreciated.

Respectfully submitted,

Warren V. Tinch,
in pro se.
248-719
Le. C. I.
P. O. Box 56
Lebanon, Ohio 45036

C E R T I F I C A T I O N

This is to certify that a true copy of the foregoing was sent to Thelma Thomas Price, Assistant Attorney General, 140 East Town Street, Columbus, Ohio 43215-6001 on this 22nd day of August, 2003 by First Class U. S. Mail.

Warren V. Tinch,
in pro se.
#248-719
Le. C. I.
P. O. Box 56
Lebanon, Ohio 45036