# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

Warren V. Tinch
    Petitioner,

-vs-                                                             Case No.  C-1-01-162

Harry Russell,

    Respondent.

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC 18) IS **ADOPTED**.

PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS IS **DENIED WITH PREJUDICE** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT (DOC 21).

Date:  September 25, 2003                         KENNETH J. MURPHY, JR., CLERK

                                                              By:s/
                                                              Tempann Thomas, Deputy Clerk