**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*



7001 2510 0008 6347 9160

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

C-1-01-162
Docs. 21 922
Postmark Here

Sent To  Warren Tinch #248-719
Street, Apt. No.; or PO Box No.  P.O. Box 56
City, State, ZIP+4  Lebanon  OH 45036