UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 OCT -6 PM 3:52

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

WARREN V. TINCH,
    Petitioner,

vs.

Case No. C-1-01-162
(Beckwith,J.)
(Sherman,Maj.)

HARRY RUSSELL, Warden,
    Respondent.

MOTION FOR RELIEF FROM JUDGEMENT
PURSUENT TO CIVIL RULE 60(B)

Petitioner seeks relief from Judgement for the following reasons:

1. Petitioner placed "Extension of Time of Ten days" for inability to obtain photocopies from prison officials in prison mailbox on 9/22/03.

2. Court dismissed Case on 9/25/03.

3. Court Clerk _should_ have already received and time stamped "Extension of Time" by 9/25/03, and Court _should_ have considered request for "Extension of Time of Ten days" prior to dismissing Case.

Respectfully submitted,

Warren V. Tinch,
#248-719, in pro se.
Le. C. I.
P. O. Box 56
Lebanon, Ohio 45036

## CERTIFICATION

This is to certify that a true copy of the foregoing was sent to Thelma Thomas Price, Assistant Attorney General, 140 East Town Street, Columbus, Ohio 43215-6001 on this 29th day of September, 2003 by First Class Mail.

*[signature]*

Warren V. Tinch
#248-719
Le. C. I.
P. O. Box 56
Lebanon, Ohio 45036