UNITED STATES DISTRICT COURT
FOR THE <u>SIXTH</u> DISTRICT OF OHIO

WARREN V. TINCH

Petitioner-Appellant

v.

HARRY RUSSELL, WARDEN

Respondent-Appellee

Ct.App.Case No. _____
Dist.Ct.Case No. <u>C-1-01-162</u>

NOTICE OF APPEAL

RECEIVED
NOV 03 2003
LEONARD GREEN, Clerk

## NOTICE OF APPEAL

Notice is hereby given that <u>WARREN V. TINCH</u> petitioner, acting In Se, hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the final judgment entered in the above named case on the <u>25th</u> day of <u>SEP</u> 20<u>03</u>.

Respectfully submitted,

_____, #_____
P.O. Box 56
Lebanon, OH 45036

## CERTIFICATE OF SERVICE

I, <u>WARREN TINCH</u>, do hereby certify that a true copy of the foregoing was sent by first class prepaid postage to <u>THELMA PRICE</u>, Assistant Attorney General, at <u>140 E. Town St.</u>, <u>Columbus</u>, Ohio, <u>43215-6001</u> this <u>25</u> day of <u>OCT</u>, 20<u>03</u>.

_____, #_____