FILED
~~KENNETH J. MURPHY~~
ACTING CLERK
TERRY DENLEIN

03 NOV -3 PM 1:31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE <u>SOUTHERN</u> DISTRICT OF OHIO

| | | |
|---|---|---|
| WARREN V. TINCH | : | Dist. Ct. No. <u>C-1-01-162</u> |
| Appellant, | : | Ct. App. No. _____ |
| v. | : | STATEMENT AND PRAECIPE |
| HARRY RUSSELL, WARDEN | : | |
| Appellee. | : | |

### STATEMENT AND PRAECIPE

The Clerk of the Court is respectfully requested to prepare, certify and cause to be tramsmitted to the Court of Appeals, the record in the above-captioned case.

Respectfully submitted,

_/s/ Warren Tinch_, #248-29
P.O. Box 56
Lebanon, OH 45036

### CERTIFICATE OF SERVICE

I, <u>WARREN V. TINCH</u> do hereby certify that a true copy of the foregoing was sent by first class prepaid postage to <u>THELMA PRICE</u>, Assistant Attorney General at <u>140 E. Town St.</u>, <u>Columbus</u>, Ohio, <u>43215-6001</u> this <u>25</u> day of <u>OCT</u>, 20<u>03</u>

_/s/ Warren Tinch_, #248-29