```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

Warren V. Tinch,                )
                                )   Case No. C-1-01-162
            Petitioner,         )
                                )
    vs.                         )
                                )
Harry Russell,                  )
                                )
            Respondent.         )


Show Cause Order

On October 6, 2003, Petitioner Tinch filed a motion for relief from judgment in this matter.  To date, Respondent has not filed a memorandum in opposition to Petitioner's motion, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such a memorandum has expired.  Accordingly, the Court hereby **ORDERS** Respondent to **SHOW CAUSE**, on or before November 21, 2003, for the denial of Petitioner's motion.  In the event that Respondent fails to timely respond to this Show Cause Order, the Court will consider Petitioner's motion as unopposed.  In the event that Respondent timely responds, Petitioner may file a reply memorandum on or before December 5, 2003.

**IT IS SO ORDERED.**

                                    /s/
                            Sandra S. Beckwith
                            United States District Judge