# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) |
|---|---|
| District Court Case No: | 1:01cv0162 |

**SHORT CAPTION**

*WARREN V. TINC[...]

Plaintiff/Petitioner

vs.

HARRY RUSSELL, WARDEN

Defendant/Respondent

#248-719
Lebanon Correctional Institute
P.O. Box 56
Lebanon, Ohio 45036
*provide pro se address IF NOT on the docket sheet

| District Court Judge: | Sandra S. Beckwith |
|---|---|
| Court Reporter(s): | |
| From Deputy Clerk: | Arthur Hill |
| Date: | 11-5-2003 |

$105.00 Appeal Filing Fee Paid? **NO**

---

**APPEAL INFORMATION to be completed by the Sixth Circuit**

Court of Appeals Case No: **03-4480**

Case Manager: **TERESA BERTKE**

Date Filed:

**FILED
NOV 13 2003
LEONARD GREEN, Clerk**

**Anything That Needs Special Attention**
NOTICE OF APPEAL(DOC.#25) appealing Order(doc.#21) and Judgment(doc.#22) filed September 25, 2003.

03 NOV 14 AM 8:13

---

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**TERRY DEINLEIN, ACTING CLERK**
Clerk: _____
United States District Court