```
Mon Dec  1 15:11:30 2003

      UNITED STATES DISTRICT COURT
      CINCINNATI, OH

Receipt No.   100 421056
Cashier         kjl

Check Number:  81087

DO Code    Div No
 4661        1

Sub Acct Type Tender       Amount
1:086900   N    2          105.00
2:510000   N    2          150.00

Total Amount       $       255.00

248719 TINCH

NOTICE OF APPEAL C-1-01-162



Mon Dec  1 15:11:30 2003

Check No.  81087
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```