IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 JAN 12 PM 3:47

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

WARREN V. TINCH, )
                             ) Case No. C-1-01-162
    Petitioner, )
                             )
vs. )
                             )
HARRY RUSSELL, )
                             )
    Respondent. )

**PETITION TO THIS COURT TO CORRECT ORDER
BY JUDGE BECKWITH WITH PROOF THAT PETITIONER
WAS CORRECT AND TIMELY IN THE JUDGE'S OWN
HANDWRITING ON DOCKET NUMBER TWENTY**

1. Petitioner received an order from Judge Beckwith denying from judgement and an extension of time because of allegedly untimely filing. May it please the Court to refer to docket number Twenty, time stamped 03 AUG PM 2:41, with a handwritten note (Granted to 9-23-03, signature, Beckwith 9-3-03. In this situation, this court is denying an innocent Petitioner access to the Appellant Court due to her own mistakes.

2. Petitioner notes that the Order in question is not time stamped nor does it have a signature attached and there is no filing stamp affixed by the Clerks Office. Therefore, this Petitioner repectfully requests a complete docket sheet of Case C-1-01-162 be mailed upon receipt of this request.

3. Petitioner hereby request that notice of this correction be made to the Sixth Circuit of Appeals and to the Attorney General.

4. Petitioner requests that all Courts involved now and in the future, note numerically the last five dockets and their rapidity in pressing for a closure in this case. This Court was ready to deny access to Courts for the Petitioner by a one day lateness, when this Court choose to use an "Order to Show Cause" maneuver in notifying the Attornery's General Office that they did not file a required Objection as per 66b.

                                                Respectfully submitted,

                                                *[signature]*
                                                Warren V. Tinch,
                                                #248-719.
                                                Le. C. I.
                                                P. O. Box 56
                                                Lebanon, Ohio 45035

## C E R T I F I C A T I O N

This is to certify that a true copy of the foregoing was sent to Thelma Thomas Price, Assistant Attorney General, 140 East Town Street, Columbus, Ohio 43215-6001 on this 12th day of December, 2003 by First Class Mail.

*[signature]*

Warren V. Tinch
#248-719
Le. C. I.
P. O. Box 56
Lebanon, Ohio 45036